IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK CORPORATION (f/k/a ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (f/k/a ECHOSTAR TECHNOLOGIES CORPORATION), ECHOSPHERE LLC, and DISH NETWORK LLC (f/k/a ECHOSTAR SATELLITE LLC),<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TIVO INC.,<br><br>　　　　　　Defendant. | C.A. No. _____<br><br>**DEMAND FOR JURY TRIAL** |

## **PLAINTIFFS' RULE 7.1 DISCLOSURE**

Plaintiffs make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

DISH Network Corporation (f/k/a EchoStar Communications Corporation) is a publicly held corporation. No parent organization or publicly-held corporation owns 10% or more of DISH Network Corporation's stock. Fairholme Capital Management, LLC manages The Fairholme Fund, a mutual fund that owns 10% or more of DISH Network Corporation's stock.

DISH Network Corporation is the direct or indirect owner of 100% of the stock of EchoStar DBS Corporation, DISH Network LLC (f/k/a EchoStar Satellite LLC), and EchoSphere LLC.

EchoStar Corporation, a publicly held corporation, is the direct or indirect owner of 100% of the stock of EchoStar Technologies LLC (f/k/a EchoStar Technologies Corporation).

OF COUNSEL:

Harold J. McElhinny
Rachel Krevans
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

-and-

Jose L. Patiño
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100

Dated: May 30, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
jshaw@ycst.com

*Attorneys for Plaintiffs DISH Network Corporation, EchoStar DBS Corporation, EchoStar Technologies LLC, EchoSphere LLC, and DISH Network LLC*