IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH NETWORK CORPORATION (F/K/A ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (F/K/A ECHOSTAR TECHNOLOGIES CORPORATION), ECHOSPHERE LLC, AND DISH NETWORK LLC (F/K/A ECHOSTAR SATELLITE LLC), | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-327-JJF |
| TiVo Inc., | ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Harold McElhinny, Esquire and Rachel Krevans, Esquire to represent Plaintiffs Dish Network, et. al. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John W. Shaw_
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
(302) 571-6698

*Attorneys for Plaintiffs DISH Network Corporation, EchoStar DBS Corporation, EchoStar Technologies LLC, Echosphere LLC, and DISH Network LLC*

Dated: June 11, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Rachel Krevans, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California (see Attachment A for a current listing of all court admissions) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Rachel Krevans
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Dated: June 10, 2008

# ATTACHMENT A

Rachel Krevans Court Admissions

1984-12-15 California State Bar No. 116421 (Active)

2008-05-19 Supreme Court of the United States

1984-12-15 California Supreme Court

2001-02-14 U.S. District Court, Central District of California

2000-04-21 U.S. District Court, Eastern District of California

1985-01-03 U. S. District Court, Northern District of California

1992-10-20 U.S. District Court, Southern District of California

2000-11-16 U.S. District Court, District of Colorado

2006-11-09 U.S District Court, Eastern District of Texas

1984-12-18 U.S. Court of Appeals, Ninth Circuit

1995-11-13 U.S. Court of Appeals, Federal Circuit

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Harold J. McElhinny, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, **[See Attached]** and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Harold J. McElhinny
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

sf-2524750

Harold J. McElhinny, Esq.
Morrison & Foerster
425 Market Street
San Francisco, California 94105-2482

Tel. (415) 268-7265
Facsimile (415) 268-7522

**California State Bar Membership No. 66781**

Admitted to Practice / Dates of Admission

| | | |
|---|---|---|
| California State Bar | 1/7/76 | yes / good standing |
| U.S.D.C. Northern District California | 9/27/77 | same |
| U.S.D.C. Central District California | 2/12/79 | same |
| U.S. Court of Appeals, Ninth Circuit | 7/24/80 | same |
| U.S. Supreme Court | 8/12/83 | same |
| U.S.D.C. Southern District California | 8/23/83 | same |
| U.S.D.C. Eastern District California | 6/21/85 | same |
| U.S. Tax Court | 4/12/87 | same |
| U.S. Court of Appeals, Federal Circuit | 11/23/92 | same |
| U.S. Court of Appeals, Tenth Circuit | 12/15/99 | same |
| U.S.D.C. District of Colorado | 11/8/2000 | same |

CM/ECF REGISTRATIONS

| | |
|---|---|
| U.S. District Court, Southern District of Ohio | 4/26/2004 |
| U.S. District Court, Eastern District of Texas | 5/20/2004 |
| U.S. District Court, Northern District of California | 12/1/2005 |
| U.S. District Court, Western District of North Carolina | 1/18/2006 |
| U.S. District Court, Northern District of Georgia | 8/2006 |
| U.S. District Court, District of Utah | 11/27/2006 |
| U.S. District Court, Central District of California | 10/31/2007 |
| U.S. District Court, Northern District of Illinois | 11/16/2007 |

sf-796883

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on June 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.

I further certify that on June 11, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FIRST CLASS MAIL**

TiVo Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
(302) 571-6698

*Attorneys for Plaintiffs DISH Network Corporation, EchoStar DBS Corporation, EchoStar Technologies LLC, Echosphere LLC, and DISH Network LLC*

Dated: June 11, 2008

**ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys, Harold McElhinny, Esquire and Rachel Krevans, Esquire are admitted *pro hac vice*.

Dated: June ___, 2008

_____
United States District Judge