IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK CORPORATION (F/K/A ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (F/K/A ECHOSTAR TECHNOLOGIES CORPORATION), EXCHOSPHERE LLC, AND DISH NETWORK LLC (F/K/A EXHOSTAR SATELLITE LLC),<br><br>        Plaintiffs,<br><br>    v.<br><br>TiVo, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 08-327 (JJF) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter our appearance for Plaintiffs, DISH Network Corporation, EchoStar DBS Corporation, EchoStar Technologies LLC, Echosphere LLC and DISH Network LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

June 12, 2008