IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH NETWORK CORPORATION (F/K/A ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (F/K/A ECHOSTAR TECHNOLOGIES CORPORATION), ECHOSPHERE LLC, and DISH NETWORK LLC (F/K/A ECHOSTAR SATELLITE LLC), | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-327-JJF |
| v. | ) ) | |
| TIVO INC., | ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as Delaware counsel for the defendant, TiVo Inc., in the above action.

        ASHBY & GEDDES

        */s/ Steven J. Balick*
        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE  19899
        Telephone:  (302) 654-1888
        Facsimile:  (302) 654-2067
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com
        *Attorneys for Defendant*

Dated: June 20, 2008

{00222480;v1}