IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH NETWORK CORPORATION (F/K/A ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (F/K/A ECHOSTAR TECHNOLOGIES CORPORATION), ECHOSPHERE LLC, and DISH NETWORK LLC (F/K/A ECHOSTAR SATELLITE LLC), | ) ) ) ) ) ) ) ) ) | C.A. No. 08-327-JJF |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TIVO INC., | ) ) | |
| Defendant. | ) | |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. The deadline by which the defendant ("TiVo") must answer, move, or otherwise respond to the complaint in the above action is extended through and including July 7, 2008.

2. In the event that TiVo files one or more motions of any kind in response to the complaint, plaintiffs' answering brief deadline(s) shall be extended by two weeks, and TiVo's reply brief deadline(s) shall be extended by five business days.

{00222486;v1}

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ John W. Shaw* | */s/ Steven J. Balick* |
| _____ | _____ |
| Josy W. Ingersoll (I.D. #1088) | Steven J. Balick (I.D. #2114) |
| John W. Shaw (I.D. #3362) | John G. Day (I.D. #2403) |
| James L. Higgins (I.D. #5021) | Tiffany Geyer Lydon (I.D. #3950) |
| 1000 West Street | 500 Delaware Avenue, 8th Floor |
| The Brandywine Building, 17th Floor | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| 302-571-6600 | 302-654-1888 |
| jingersoll@ycst.com | sbalick@ashby-geddes.com |
| jshaw@ycst.com | jday@ashby-geddes.com |
| jhiggins@ycst.com | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge