IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK CORPORATION (F/K/A ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (F/K/A ECHOSTAR TECHNOLOGIES CORPORATION), ECHOSPHERE LLC, AND DISH NETWORK LLC (F/K/A ECHOSTAR SATELLITE LLC),<br><br>  Plaintiffs,<br>v.<br><br>TIVO INC.,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-327-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TIVO'S**
**MOTION TO DISMISS DECLARATORY SUIT**

Defendant TiVo Inc. ("TiVo") hereby respectfully moves, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, that all claims against it in the above action be dismissed based on the Court's discretion to decline jurisdiction under 28 U.S.C. § 2201.

The grounds for this motion are fully set forth in the accompanying opening brief and in the supporting declaration of William D. Bowen. For the Court's convenience, a proposed form of order is attached hereto.

|  | ASHBY & GEDDES |
|---|---|
|  | /s/ Tiffany Geyer Lydon |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 (19801 for courier) |
| *Of Counsel:* | (302) 654-1888 |
|  | sbalick@ashby-geddes.com |
| IRELL & MANELLA LLP | jday@ashby-geddes.com |
| Morgan Chu | tlydon@ashby-geddes.com |
| Christine Byrd |  |
| Laura W. Brill | *Attorneys for Defendant TiVo Inc.* |
| Alexander C. Giza |  |
| William D. Bowen |  |
| 1800 Avenue of the Stars, Suite 900 |  |
| Los Angeles, CA 90067 |  |
| (310) 277-1010 |  |

Dated: July 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK CORPORATION (F/K/A ECHOSTAR COMMUNICATIONS CORPORATION), ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES LLC (F/K/A ECHOSTAR TECHNOLOGIES CORPORATION), ECHOSPHERE LLC, AND DISH NETWORK LLC (F/K/A ECHOSTAR SATELLITE LLC), <br><br> Plaintiffs, <br> v. <br><br> TIVO INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 08-327-JJF ) ) ) ) ) ) |

## ORDER

This _____ day of _____, 2008, the Court has considered defendant TiVo Inc.'s motion to dismiss in the above action and has concluded that good grounds exist for the requested relief.

This Court has discretion to decline jurisdiction over the present declaratory judgment claim pursuant to 28 U.S.C. § 2201. It appears to the Court that the exercise of jurisdiction in this case would be inconsistent with the policies of the Declaratory Judgment Act in that the present action would interfere with the ability of the United States District Court for the Eastern District of Texas to enforce its judgment and injunction in the original proceeding between the two parties. In addition, the statements giving rise to the alleged dispute in this case concern only matters adjudicated in Texas or that TiVo was placing before the Texas court for resolution in that proceeding. The Texas court already has substantial familiarity with the patent and technology at issue here. Finally, other equitable factors also favor dismissal.

{00228087;v1}

Now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that all claims against defendant TiVo Inc. are hereby dismissed.

_____
United States District Judge

{00228087;v1}